950

No. 8, Original. ARIZONA *v.* CALIFORNIA ET AL. The motion of the Navajo Indian Tribe for reconsideration of its motion for leave to intervene and for order to the United States to show cause why it should not be ordered to account to the Court as to the adequacy of its representation of Navajo interests is denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 61. UNITED GAS PIPE LINE CO. *v.* IDEAL CEMENT CO. ET AL. Appeal from the United States Court of Appeals for the Fifth Circuit. (Question of jurisdiction postponed to hearing on the merits, 366 U. S. 916.) Motion of Stone Container Corporation for leave to file brief, as *amicus curiae,* granted. *Robert B. Wilkins* on the motion. *E. Dixie Beggs, George E. Stone, Jr.* and *Saunders Gregg* for appellant, in opposition.

No. 138. IDLEWILD BON VOYAGE LIQUOR CORP. *v.* EPSTEIN [FORMERLY ROHAN] ET AL. Certiorari, *ante,* p. 812, to the United States Court of Appeals for the Second Circuit. Motion to substitute Robert E. Doyle, John C. Hart and Benjamin H. Balcom in the place of Grant F. Daniels, Thomas E. Rohan and Samuel M. Birnbaum as parties respondent granted. *Charles H. Tuttle* for movant.

No. 282. ATLANTIC AND GULF STEVEDORES, INC., *v.* ELLERMAN LINES, LTD., ET AL. Certiorari, *ante,* p. 874, to the United States Court of Appeals for the Third Circuit. Motion of the National Association of Stevedores for leave to file brief, as *amicus curiae,* granted. *Martin J. McHugh* on the motion. *T. E. Byrne, Jr.* for respondents, in opposition.